## CLARK *v.* CHAMBLESS.

SIMMONS, C. J. The trial judge did not abuse his discretion in granting a first new trial, as the verdict was not demanded by law and the evidence on the questions as to whether there had been full payment of the note sued on, and as to whether there was an estoppel by representation. See *Freeny* v. *Hall,* 93 *Ga.* 706.

*Judgment affirmed. All the Justices concurring, except Fish, J., absent.*

Argued December 4, — Decided December 20, 1900.

Foreclosure of mortgage. Before Judge Littlejohn. Sumter superior court. November term, 1899.

*J. H. Lumpkin*, for plaintiff in error. *W. P. Wallis*, contra.